**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JEFFREY PAUL GOLDEN                                                                                 PETITIONER
ADC #104290,

v.                                           5:14CV00116-JM-JJV

RAY HOBBS, Director,                                                                                RESPONDENT
Arkansas Department of Correction

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.  A certificate of appealability is DENIED.

DATED this 25th day of November, 2014.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE